# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MTC FINANCIAL INC., | |
| Plaintiff, | 2:18-cv-01638-RFB-VCF |
| vs. | |
| ANDREA D. JUREZ, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is *MTC Financial Inc. v. Andrea D. Jurez, et al.*, case number 2:18-cv-01638-RFB-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:30 AM, November 15, 2018, in Courtroom 3D. The hearing will be vacated upon the filing and approval of a proposed discovery plan and scheduling order.

Dated this 29th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE